JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM JAMES NEWMAN, | ) | Case No. CV 16-5587-DDP (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ROBERT FOX, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 6, 2018

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE